IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JONATHAN CLIFTON, PLAINTIFF

VS.                                                          CASE NO: 2:05CV00130-D-B
                                                                    CONSOLIDATED

ANDY L. MARTIN, DEFENDANT

AND

MARK MILLER and
LINDA D. LEE, PLAINTIFFS

VS.                                                          CASE NO: 2:05CV00131-M-B

ANDY L. MARTIN, DEFENDANT

## ORDER

**THE COURT,** having been notified by counsel for plaintiff that the parties have resolved the dispute outlined in plaintiff's Motion to Compel Discovery [doc. 46], hereby deems the same moot.

**SO ORDERED** this 15th day of May, 2006.

                                              /s/ Eugene M. Bogen
                                              U. S. MAGISTRATE JUDGE